AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 16-3485

**FILED**

JUN 29 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CAL COAST CREDIT SERVICE, INC.
was received by me on *(date)* 06/23/2016 .

☑ I personally served the summons on the individual at *(place)* 1142 STATE FOARM DR, SANTA ROSA, CA (CHRISTY-OFFICE MGR-CAUCASIAN WOMAN 30'S) on *(date)* 06/23/2016 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* INCLUDED IN SERVICE: SUMMONS, COMPLAINT, INITIAL CASE MGT ORDER, STANDING ORDER FOR ALL JUDGES, STANDING ORDER FOR MAG JUDGE JOSEPH SPERO, NOTICE OF ASSIGN TO MAGISTRATE JUDGE, CONSENT/DECLIN TO MAGISTRATE JUDGE, ADR PACKET, WELCOME TO US DISTRICT COURT SF OFFICE.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/23/2016

*Server's signature*

ANTONY GONZALES CRUZ
*Printed name and title*

150 RALEY TOWN CENTER STE 2204
ROHNERT PARK, CA 94928

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Ronald Cupp <br><br> *Plaintiff(s)* <br> v. <br> CAL COAST CREDIT SERVICE, INC. <br><br> *Defendant(s)* | CV 16 3485 <br><br> Civil Action No.    JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CAL COAST CREDIT SERVICE, INC.
1142 STATE FARM DRIVE
SANTA ROSA, CA 95403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 2 2 2016

Date: _____

CLERK OF COURT

Helen L. Almacen

*Signature of Clerk or Deputy Clerk*