UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
415-522-2000

July 25, 2016

RE:16-cv-03485-WHO  Cupp v. Cal Coast Credit Service, Inc.

Default is entered as to defendant Cal Coast Credit Service, Inc., on July 25, 2016.

Susan Y. Soong, Clerk

*[signature]*

_____

by:  Alfred Amistoso
Case Systems Administrator
415 522-2006