```
Mark E. Ellis - 127159
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
```

Attorneys for Defendant
CAL COAST CREDIT SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD CUPP,<br><br>          Plaintiff,<br><br>v.<br><br>CAL COAST CREDIT SERVICE, INC.,<br>BRANDON TIRE SUPPLY, INC.,<br><br>          Defendants. | Case No.:  3:16-cv-03485-WHO<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: May 24, 2017

                                                            ELLIS LAW GROUP LLP

                                                            By   /s/ Mark E. Ellis
                                                               Mark E. Ellis
                                                               Attorneys for Defendant
                                                               CAL COAST CREDIT SERVICE, INC.

- 1 -

NOTICE OF SETTLEMENT